# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 3/22/2024
Case: 24–40401  Form ID: OFRDI  Total: 4

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee/Oak  USTPRegion17.OA.ECF@usdoj.gov
tr  Martha G. Bronitsky  13trustee@oak13.com
aty  Sarah Lampi Little  sarah@kornfieldlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Micha Star Liberty  825 Calmar Ave.  Oakland, CA 94610

TOTAL: 1