# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 03/23/2024 |
| Case: 24–40401 | Form ID: 13PP23 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      Martha G. Bronitsky      13trustee@oak13.com
aty      Sarah Lampi Little      sarah@kornfieldlaw.com

                                                                                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Micha Star Liberty      825 Calmar Ave.      Oakland, CA 94610

                                                                                                 TOTAL: 1