# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 3/25/2024
Case: 24–40401    Form ID: 309I    Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Micha Star Liberty | 825 Calmar Ave.    Oakland, CA 94610 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004    Hayward, CA 94540 |
| aty | Sarah Lampi Little | Kornfield Nyberg Bendes Kuhner & Little    1970 Broadway #600    Oakland, CA 94612 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801    Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15603950 | Bmw Financial Services | Attn: Bankruptcy/Correspondence    Po Box 3608    Dublin, OH 43016 |
| 15603951 | Central Loan Admin & R | Po Box 77404    Ewing, NJ 08628 |
| 15603952 | Chora Young & Manasserian LLP | 650 Sierra Madre Villa Ave., Suite 304    Pasadena, CA 91107 |
| 15603953 | Franchise Tax Board | Bankruptcy Section MS A340    P.O. Box 2952    Sacramento, CA 95827–2952 |
| 15603954 | Internal Revenue Service | Special Procedures Branch    Bankruptcy Section/Mail Code 1400S    1301 Clay St.    Oakland, CA 94612–5210 |
| 15603955 | Pacific Credit Services | Po Box 150    460 Union Avenue, Ste. C    Fairfield, CA 94533 |
| 15603956 | Pnc Mortgage | Attn: Bankruptcy    8177 Washington Church Rd,    Dayton, OH 45458 |
| 15603957 | The Bloom Firm | 26565 Agoura Rd. #202    Calabasas, CA 91302 |

TOTAL: 16