JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for Cenlar FSB as servicer for CitiMortgage, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 24-40401 WJL |
| **Micha Star Liberty** | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

### REQUEST FOR SPECIAL NOTICE
### PURSUANT TO BANKRUPTCY RULES
### 2002, 9014 AND 7004

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Cenlar FSB as servicer for CitiMortgage, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Cenlar FSB and/or CitiMortgage, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 3/28/2024                    McCarthy & Holthus, LLP

                              By:  /s/  Jennifer C. Wong
                                   Jennifer C. Wong, Esq.,
                                   Attorneys for Cenlar FSB as servicer for
                                   CitiMortgage, Inc.

M&H File No. CA-24-176443