SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Micha Star Liberty

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 24-40401 WJL |
|---|---|
| Micha Star Liberty | Chapter 13 |
| Debtors. | **NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTSTO LITIGATION; MOTION FOR DAMAGES FOR STAY VIOLATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| | Date: April 17, 2024<br>Time: 10:30 a.m.<br>Ctrm: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street, 2nd Fl.<br>Oakland, California |

TO: CREDITOR LISA BLOOM, THE BLOOM LAW FIRM AND HER ATTORNEY OF RECORD AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on April 17, 2024 at 10:30 a.m. in courtroom 220 of the Honorable William J. Lafferty, United States Bankruptcy Court for the Northern District of

Notice of Hearing on Motion to Extend Stay -1-

California, 1300 Clay Street, Oakland, California, a hearing will be held on the debtor's Motion for Order Extending the Automatic Stay to Non-Debtor Defendants to Litigation and Motion for Damages for Stay Violation.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 4001-2; any opposition maybe presented in writing, prior to the hearing, or orally, at the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: April 2, 2024　　　　　　　　　　KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.

　　　　　　　　　　　　　　　　　　　/s/ SARAH LAMPI LITTLE
　　　　　　　　　　　　　　　　　　　Attorneys for Micha Liberty
　　　　　　　　　　　　　　　　　　　(Bar No.215635)

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 3, 2024, I served the following documents:

**NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTSTO LITIGATION; MOTION FOR DAMAGES FOR STAY VIOLATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTSTO LITIGATION; MOTION FOR DAMAGES FOR STAY VIOLATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF MICHA LIBERTY IN SUPPORT OF MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTSTO LITIGATION; MOTION FOR DAMAGES FOR STAY VIOLATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTSTO LITIGATION; MOTION FOR DAMAGES FOR STAY VIOLATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Via electronic service on all registered ECF participants and the U.S. Trustee

Via email to
**paul@cym.law**
**joseph@cym.law**
**geraldine@cym.law**
and by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

CHORA YOUNG & MANASSERIAN LLP
Paul Young (SBN 257571)
650 Sierra Madre Villa Avenue, Suite 304
Pasadena, California 91107

I placed such envelopes for collection and mailing at my employer's office following

Notice of Hearing on Motion to Extend Stay -3-

1  ordinary business practices, addressed to the addressee designated.
2      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd
3  day of April, 2024 at Oakland, California.

                                      /s/ Sarah Little

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28