**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (SBN 257571)
Joseph Chora (SBN 284700)
Kevin C. Ronk (SBN 241598)
650 Sierra Madre Villa Avenue, Suite 304
Pasadena, California 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: paul@cym.law
Email: kevin@cym.law

Attorneys for Creditor
The Bloom Firm, a Professional Corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DIVISION OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 24-40401 WJL |
| MICHA STAR LIBERTY, | [Chapter 13] |
| Defendant(s). | **REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002** |

/ / /

**TO ALL INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that Chora Young & Manasserian LLP, attorneys for Creditor The Bloom Firm, a Professional Corporation, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any request for hearing, objections, and/or notices of motion, and any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

Chora Young & Manasserian LLP, requests that for all notice purposed and for inclusion in the Master Mailing List in this case, the following address be used:

**CHORA YOUNG & MANASSERIAN LLP**
650 Sierra Madre Villa Ave., Suite 304
Pasadena, CA 91107

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of Fed. R. Bankr. Proc. Rule 7004.

DATED: April 3, 2024                                **CHORA YOUNG & MANASSERIAN LLP**

By: ___*/s/ Paul P. Young*___
      Paul P. Young
      Attorneys for Creditor
      The Bloom Firm