SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br>Debtor. | Case No. 24-40401 WJL<br><br>Chapter 13<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN** |

The Application of Debtor's attorney shows:

1. I am the attorney of record in the above entitled-case.

2. This chapter 13 petition was filed on March 22, 2024. The docket indicates the deadline for filing schedules, statements and chapter 13 plan originally was scheduled for April 5, 2024.

3. Counsel has not had sufficient time to prepare the balance of the schedules and plan due to medical issues and press of business.

4. Counsel for the debtor requests an additional 7 days to file the schedules, statements and chapter 13 plan. Counsel is requesting the court extend the deadline until April 12, 2024 so that schedules may be filed on or before that date.

WHEREFORE, Debtor requests the Court grant an additional extension of time to file schedules until April 12, 2024.

| | |
|---|---|
| Dated: April 5, 2024 | KORNFIELD, NYBERG, BENDES, KUHNER, LITTLE P.C. |

By: /s/ SARAH LAMPI LITTLE
(Bar No. 215635)
Attorneys for Debtor

-2-

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On April 5, 2024, I served the following documents:

**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN; AND**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| | |
|---|---|
| *Via-ECF* | *Via-ECF* |
| Office of the United States Trustee | *Trustee* |
| Phillip J. Burton Federal Building | Martha Bronitsky, |
| 450 Golden Gate Ave. 5th Fl., | Chapter 13 Trustee |
| #05-0153 | |
| San Francisco, CA 94102 | |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2024 at Oakland, California.

                                        /s/ Sarah Little