SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: April 9, 2024

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Micha Star Liberty

Debtor.

Case No. 24-40401 WJL

Chapter 13

**ORDER FOR EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN**

The Court, having read and approved the Application for Extension of Time to File Schedules, Statements and Chapter 13 Plan submitted on April 5, 2024, and good cause appearing,

**IT IS HEREBY ORDERED** that the debtor's application is granted, and the debtor has until April 12, 2024 to file the schedules and plan or the case will be dismissed without further notice.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

All registered ECF participants.