1  SARAH L. LITTLE, ESQ. (Bar No. 215635)
   **KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
2  1970 Broadway, Suite 600
   Oakland, California  94612
3  Telephone:  (510) 763-1000
   Facsimile:  (510) 273-8669
4  Email: sarah@kornfieldlaw.com

5  Attorneys for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  In re                          Case No. 24-40401 WJL

12  Micha Star Liberty              Chapter 13

13                                  **AMENDED STIPULATION TO
                                    CONTINUE HEARING ON
14                                  MOTION TO EXTEND STAY TO
                                    NON-DEBTOR DEFENDANTS TO
15                     Debtor.      LITIGATION**

16                                  Date:   May 8, 2024
                                    Time:   10:30 a.m.
17                                  Ctrm:   220
                                            U.S. Bankruptcy Court
18                                          1300 Clay Street, 2nd Fl.
                                            Oakland, California
19

20

21      Micha Liberty, Debtor, and Lisa Bloom and The Bloom Firm ("Creditors" or "Bloom"), by

22  and through their respective counsel, hereby stipulate as follows:

23      1.      On March 22, 2024 the Debtor filed this Chapter 13 bankruptcy.

24      2.      On April 3, 2024, Debtor filed a Motion to Extend the Stay to Non-Debtor

25  Defendants to Litigation, which was originally set for hearing on April 17, 2024 and was

26  continued by this Court to May 8, 2024.

27      3.      The parties are currently in settlement negotiations and have agreed that Debtor

28  shall continue this hearing and Bloom will take no actions in the two pending state court actions; a

fraudulent conveyance action entitled *The Bloom Firm, a Professional Corporation vs. Michael Star Liberty, an individual, Liberty Law Office, Inc., Liberty Law, Inc., and Linda Culler, Trustee of Rising Start Trust dated October 15, 2015* filed as case 23CV047497 in the Alameda County Superior Court (the "FT SCA") and post-judgment collection on a judgment entered in a declaratory relief action entitled *Micha Star Liberty, an individual; and Liberty Law Office, Inc. vs. Lisa Bloom and The Bloom Firm* filed as case HG20079536 in the Alameda County Superior Court (the "Dec Relief SCA") until the continued hearing date or such time as either party provides notice that settlement is futile.

4. The parties stipulate that the hearing scheduled for May 8, 2024 at 10:30 a.m. shall be continued to May 29, 2024 at 10:30 a.m. to allow parties time to continue settlement negotiations.

Dated: May 7, 2024                    KORNFIELD, NYBERG, BENDES, KUHNER,
                                      LITTLE P.C.


By:/s/ SARAH LAMPI LITTLE
   (Bar No. 215635)
   Attorneys for Debtor

Dated: May 7, 2024                    CHORA YOUNG AND MANASSERIAN LLP


By:/s/Paul Young
   Paul Young
   Attorneys for Creditor