SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: May 28, 2024

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br>Debtor. | Case No. 24-40401 WJL<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER** |

The Court, having read the Stipulation for Protective Order filed as docket 42 on May 23, 2024;

**IT IS HEREBY ORDERED** approved.

* * * END OF ORDER * * *

# COURT SERVICE LIST

All registered ECF participants.