SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-40401 WJL |
| Micha Star Liberty | Chapter 13 |
| Debtor. | **STIPULATION TO CONTINUE HEARING ON MOTION TO EXTEND STAY TO NON-DEBTOR DEFENDANTS TO LITIGATION** |
| | Date: May 29, 2024<br>Time: 10:30 a.m.<br>Ctrm: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street, 2nd Fl.<br>Oakland, California |

Micha Liberty, Debtor, and Lisa Bloom and The Bloom Firm ("Creditors" or "Bloom"), by and through their respective counsel, hereby stipulate as follows:

1. On March 22, 2024 the Debtor filed this Chapter 13 bankruptcy.

2. On April 3, 2024, Debtor filed a Motion to Extend the Stay to Non-Debtor Defendants to Litigation, which was originally set for hearing on April 17, 2024 and was continued by this Court to May 8, 2024. The parties began settlement negotiations and stipulated to continue the hearing to May 29, 2024.

3. The parties are still currently in settlement negotiations and have agreed that Debtor shall continue this hearing and Bloom will take no actions in the two pending state court actions; a

fraudulent conveyance action entitled *The Bloom Firm, a Professional Corporation vs. Michael Star Liberty, an individual, Liberty Law Office, Inc., Liberty Law, Inc., and Linda Culler, Trustee of Rising Start Trust dated October 15, 2015* filed as case 23CV047497 in the Alameda County Superior Court (the "FT SCA") and post-judgment collection on a judgment entered in a declaratory relief action entitled *Micha Star Liberty, an individual; and Liberty Law Office, Inc. vs. Lisa Bloom and The Bloom Firm* filed as case HG20079536 in the Alameda County Superior Court (the "Dec Relief SCA") until the continued hearing date or such time as either party provides notice that settlement is futile.

4. The parties stipulate that the hearing scheduled for May 29, 2024 at 10:30 a.m. shall be continued to June 12, 2024 to allow parties time to continue settlement negotiations.

Dated: May 28, 2024          KORNFIELD, NYBERG, BENDES, KUHNER, LITTLE P.C.

By: /s/ SARAH LAMPI LITTLE
(Bar No. 215635)
Attorneys for Debtor

Dated: May 28, 2024          CHORA YOUNG AND MANASSERIAN LLP

By: /s/Kevin Ronk
Kevin Ronk
Attorneys for Creditor

Case: 24-40401  Doc# 44  Filed: 05/28/24  Entered: 05/28/24 16:31:11  Page 2 of 2