Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Micha Star Liberty

Chapter 13 Case Number:
24-40401-WJL13

Debtors(s)

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on July 11,

2024 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220,

Oakland, California. All interested parties may appear in-person or by Zoom Webinar.

Additional information is available on the Bankruptcy Court's website at

www.canb.uscourts.gov on Judge Lafferty's Procedure page. Information on how to attend

the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar

Procedure on the court's website.

Date: May 30, 2024

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Case: 24-40401    Doc# 48    Filed: 05/30/24    Entered: 05/30/24 14:43:09    Page 1 of 3

| 1 | In Re | |
| 2 | Micha Star Liberty | Chapter 13 Case Number:<br>24-40401-WJL13 |
| 3 | Debtors(s) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


May 30, 2024                                      /s/Olga Gonzalez
                                                  Olga Gonzalez

                                                  Kornfield Nyberg Bendes Kuhner & Little Pc
Micha Star Liberty                                1970 Broadway #600
825 Calmar Ave                                    Oakland,CA 94612
Oakland,CA 94610
                                                  (Counsel for Debtor)
(Debtor(s))


Bmw Bank Of North America
C/O Ais Portfolio Services, Llc
4515 N Santa Fe Ave. Dept. Aps
Oklahoma City, OK  73118-0000

Mccarthy & Holthus Llp
2763 Camino Del Rio South #100
San Diego, CA  92108-0000

Manley Deas Kochalski Llc
Po Box 165028
Columbus, OH  43216

Capital One Bank / American Infosource
4515 N Santa Fe Ave
Oklahoma City, OK  73118-0000

Bmw Bank Of North America C/O Ais Portfolio
4515 N Santa Fe Ave Dept Aps
Oklahoma City, OK  73118-0000

| | | |
|---|---|---|
| 1 | Bmw Financial Services Na, Llc | Bmw Financial Services |
| | C/O Ais Portfolio Services, Llc | 1400 City View Dr  Attn Consumer |
| 2 | 4515 N Santa Fe Ave. Dept. Aps | Accounting |
| | Oklahoma City, OK  73118 | Columbus, OH  43215 |
| 3 | (Creditor) | (Creditor) |
| 4 | | |
| | Cenlar Fsb | Chora Young & Manasserian Llp |
| 5 | 425 Phillips Blvd  Bk Dept | 650 Sierra Madre Villa Ave., Suite 304 |
| | Ewing, NJ  08618 | Pasadena, CA  91107 |
| 6 | (Creditor) | (Creditor) |
| 7 | Pnc Mortgage | Pacific Credit Services |
| | 3232 Newmark Dr | Po Box 150 |
| 8 | Miamisburg, OH  45342 | 460 Union Avenue, Ste. C |
| | (Creditor) | Fairfield, CA  94533 |
| 9 | | (Creditor) |
| | Citimortgage, Inc. | |
| 10 | C/O Mccarthy & Holthus, Llp | The Bloom Firm |
| | 2763 Camino Del Rio South, Suite 100 | 26565 Agoura Rd. #202 |
| 11 | San Diego, CA  92108 | Calabasas, CA  91302 |
| | (Creditor) | (Creditor) |
| 12 | | |
| 13 | Pnc Bank, N.A. | Capital One Bank C/O American Infosource |
| | | Po Box 71083 |
| 14 | Pnc Bank,   00000 | Charlotte, NC  282721083 |
| | (Creditor) | (Creditor) |
| 15 | | |
| | The Bloom Firm, A Professional Corporation | United States Treasury |
| 16 | | Po Box 7346 |
| | The Bloom Firm,   00000 | Philadelphia, PA  191017346 |
| 17 | (Creditor) | (Creditor) |
| 18 | | |
| | Bmw Financial Services | |
| 19 | Attn: Bankruptcy/Correspondence | |
| | Po Box 3608 | |
| 20 | Dublin, OH  43016 | |
| | (Creditor) | |
| 21 | | |
| | Franchise Tax Board | |
| 22 | Po Box 2952 | |
| | Sacramento, CA  958122952 | |
| 23 | (Creditor) | |
| 24 | | |
| | United States Treasury | |
| 25 | Po Box 7346 | |
| | Philadelphia, PA  191017346 | |
| 26 | (Creditor) | |
| 27 | | |
| 28 | | |