Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | Chapter 13 Case No. 24-40401-WJL13 |
|---|---|
| Micha Star Liberty | NOTICE OF FILED CLAIMS |
| debtor(s) | |

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, has compiled a list of the claims filed, attached hereto, in the above referenced case. The Notice of Filed Claims is being served on the debtor(s) and their attorney of record so they may review the same and, in general, determine whether to:

(1) Object to any claims;

(2) File a claim for any creditor that failed to file a claim; or

(3) Modify the Plan to reconcile the Plan to the filed claims. Pursuant to Federal Rule of Bankruptcy Procedure 3004, if a creditor has not filed a timely proof of claim you may file a proof of claim on its behalf within 30 days after the expiration of the time for filing claims.

Pursuant to Section 2.01 of the Chapter 13 Plan, payments required by Sections 2.04, 2.05, 2.07, 2.08 2.10, and 3.01 will not be paid unless a timely proof of claim is filed by or on behalf of a creditor.

Pursuant to Section 2.02 of the Plan, the proof of claim, not the Plan or schedules, determine the amount and classification of a claim unless ordered otherwise.

Pursuant to Section 2.09 of the Plan, any secured claims not provided for by the Plan will not receive disbursement from the Chapter 13 Trustee.

PLEASE NOTE THE FOLLOWING IMPORTANT DATES:

Deadline to File a Proof of Claim:

    Creditors:  May 31, 2024

    Government Unit:  September 18, 2024

Deadline for debtors to file claims:

    Creditors:  June 30, 2024

    Government Unit:  October 18, 2024

The above dates are provided for convenience of the parties.  The Chapter 13 Trustee makes no warranty as to the information herein.  The debtor(s) and their attorney of record should review and calculate all relevant dates.

Date: June 03, 2024

/s/ Martha G Bronitsky
Martha G Bronitsky
Chapter 13 Trustee

## Certificate of Service

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s), by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 03, 2024

/s/ Melissa Best

Melissa Best

Micha Star Liberty
825 Calmar Ave
Oakland,CA 94610

Kornfield Nyberg Bendes Kuhner & Little Pc
1970 Broadway #600
Oakland,CA 94612

(Debtor(s))

(Counsel for Debtor)