# UNITED STATES BANKRUPTCY COURTS
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
Micha Star Liberty

CASE NUMBER:  
24-40401-WJL13

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Trustee ID: 0  
Class: DEBTOR REFUND

Creditor Name: Micha Star Liberty  
    825 Calmar Ave  
    Oakland, CA  94610

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

---

Trustee ID: 0  
Class: ATTORNEY FEE

Creditor Name: Kornfield Nyberg Bendes Kuhner & Little Pc  
    1970 Broadway #600  
    Oakland, CA  94612

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

---

Trustee ID: 1  
Class: UNSECURED (GENERAL)

Creditor Name: Bmw Financial Services  
    1400 City View Dr  Attn Consumer Accounting  
    Columbus, OH  43215

Court Claim Number: 2  
Date Clam Filed: 05/01/2024  
Claim Amount: $28,854.06

---

Trustee ID: 2  
Class: DIRECT

Creditor Name: Bmw Financial Services  
    1400 City View Dr  Attn Consumer Accounting  
    Columbus, OH  43215

Court Claim Number: 7  
Date Clam Filed: 05/31/2024  
Claim Amount: $0.00

---

Trustee ID: 3  
Class: NOTICE ONLY

Creditor Name: Citimortgage, Inc.  
    C/O Mccarthy & Holthus, Llp  
    2763 Camino Del Rio South, Suite 100  
    San Diego, CA  92108

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

---

Trustee ID: 4  
Class: NOTICE ONLY

Creditor Name: Pnc Bank, N.A.

    Pnc Bank,   00000

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

---

Trustee ID: 5  
Class: NOTICE ONLY

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

| | |
|---|---|
| **Creditor Name: The Bloom Firm, A Professional Corporation**<br><br>The Bloom Firm,   00000 | |
| **Trustee ID: 7**<br>**Class: NOTICE ONLY** | **Court Claim Number:**<br>**Date Claim Filed: NO CLAIM FILED**<br>**Claim Amount: $0.00** |
| **Creditor Name: Bmw Financial Services**<br>    Attn: Bankruptcy/Correspondence<br>    Po Box 3608<br>    Dublin, OH  43016 | |
| **Trustee ID: 8**<br>**Class: DIRECT** | **Court Claim Number: 4**<br>**Date Clam Filed: 05/02/2024**<br>**Claim Amount: $0.00** |
| **Creditor Name: Cenlar Fsb**<br>    425 Phillips Blvd  Bk Dept<br>    Ewing, NJ  08618 | |
| **Trustee ID: 9**<br>**Class: UNSECURED (GENERAL)** | **Court Claim Number:**<br>**Date Claim Filed: NO CLAIM FILED**<br>**Claim Amount: $0.00** |
| **Creditor Name: Chora Young & Manasserian Llp**<br>    650 Sierra Madre Villa Ave., Suite 304<br>    Pasadena, CA  91107 | |
| **Trustee ID: 10**<br>**Class: PRIORITY** | **Court Claim Number:**<br>**Date Claim Filed: NO CLAIM FILED**<br>**Claim Amount: $0.00** |
| **Creditor Name: Franchise Tax Board**<br>    Po Box 2952<br>    Sacramento, CA  958122952 | |
| **Trustee ID: 11**<br>**Class: PRIORITY** | **Court Claim Number: 5**<br>**Date Clam Filed: 05/15/2024**<br>**Claim Amount: $205,510.53** |
| **Creditor Name: United States Treasury**<br>    Po Box 7346<br>    Philadelphia, PA  191017346 | |
| **Trustee ID: 13**<br>**Class: UNSECURED (GENERAL)** | **Court Claim Number:**<br>**Date Claim Filed: NO CLAIM FILED**<br>**Claim Amount: $0.00** |
| **Creditor Name: Pacific Credit Services**<br>    Po Box 150<br>    460 Union Avenue, Ste. C<br>    Fairfield, CA  94533 | |
| **Trustee ID: 14**<br>**Class: DIRECT** | **Court Claim Number: 3**<br>**Date Clam Filed: 05/01/2024**<br>**Claim Amount: $0.00** |
| **Creditor Name: Pnc Mortgage**<br>    3232 Newmark Dr<br>    Miamisburg, OH  45342 | |

| | |
|---|---|
| **Trustee ID:** 15<br>**Class:** SECURED | **Court Claim Number:** 6<br>**Date Clam Filed:** 05/30/2024<br>**Claim Amount:** $1,870,120.85 |

**Creditor Name:** Chora Young And Manasseria Llp
   650 Sierra Madre Villa Ave #304
   Pasadena, CA  91107

| | |
|---|---|
| **Trustee ID:** 16<br>**Class:** UNSECURED (GENERAL) | **Court Claim Number:** 1<br>**Date Clam Filed:** 04/17/2024<br>**Claim Amount:** $837.35 |

**Creditor Name:** Capital One Bank C/O American Infosource
   Po Box 71083
   Charlotte, NC  282721083

| | |
|---|---|
| **Trustee ID:** 17<br>**Class:** UNSECURED (GENERAL) | **Court Claim Number:** 5<br>**Date Clam Filed:** 05/15/2024<br>**Claim Amount:** $740.18 |

**Creditor Name:** United States Treasury
   Po Box 7346
   Philadelphia, PA  191017346

| | |
|---|---|
| **Trustee ID:** 18<br>**Class:** ARREARS | **Court Claim Number:** 7<br>**Date Clam Filed:** 05/31/2024<br>**Claim Amount:** $1,938.98 |

**Creditor Name:** Bmw Financial Services
   1400 City View Dr  Attn Consumer Accounting
   Columbus, OH  43215

| | |
|---|---|
| **Trustee ID:** 19<br>**Class:** SECURED | **Court Claim Number:** 8<br>**Date Clam Filed:** 06/01/2024<br>**Claim Amount:** $1,071,189.70 |

**Creditor Name:** Michael Tenebaum Esq
   1431 Ocean Ave #900
   Santa Monica, CA  904012144