Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Micha Star Liberty | Chapter 13 Case Number: 24-40401-WJL13 |
| Debtors(s) | |

**NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEES MOTION AND DECLARATION TO DISMISS PROCEEDINGS FOR CASE DEFICIENCIES**

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Hearing will be held on July 11, 2024 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov on Judge Lafferty's Procedure page. Information on how to attend the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

Trustees Motion and Declaration to Dismiss Proceedings for Case Deficiencies

Date: June 03, 2024                               /s/ Martha G. Bronitsky
                                                   Signature of Martha G. Bronitsky
                                                   Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In Re | |
| 2 | Micha Star Liberty | Chapter 13 Case Number:<br>24-40401-WJL13 |
| 3 | Debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

June 03, 2024                                           /s/Olga Gonzalez
                                                        Olga Gonzalez

| | |
|---|---|
| Kornfield Nyberg Bendes Kuhner & Little Pc<br>1970 Broadway #600<br>Oakland, CA  94612<br>(Creditor) | Bmw Financial Services<br>1400 City View Dr  Attn Consumer Accounting<br>Columbus, OH  43215<br>(Creditor) |
| Bmw Bank Of North America C/O Ais Portfolio<br>4515 N Santa Fe Ave Dept Aps<br>Oklahoma City, OK  73118<br>(Creditor) | Citimortgage, Inc.<br>C/O Mccarthy & Holthus, Llp<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA  92108<br>(Creditor) |
| Mccarthy & Holthus Llp<br>2763 Camino Del Rio South #100<br>San Diego, CA  92108<br>(Creditor) | Pnc Bank, N.A.<br><br>Pnc Bank,   00000<br>(Creditor) |
| Chora Young And Manasseria Llp<br>650 Sierra Madre Villa Ave #304<br>Pasadena, CA  91107<br>(Creditor) | The Bloom Firm, A Professional Corporation<br><br>The Bloom Firm,   00000<br>(Creditor) |
| Aldridge Pite Llp<br>8880 Rio San Diego Dr #725<br>San Diego, CA  92108<br>(Creditor) | Bmw Financial Services<br>Attn: Bankruptcy/Correspondence<br>Po Box 3608<br>Dublin, OH  43016<br>(Creditor) |

| | |
|---|---|
| 1 | Cenlar Fsb |
| | 425 Phillips Blvd Bk Dept |
| 2 | Ewing, NJ 08618 |
| | (Creditor) |
| 3 | |
| 4 | Chora Young & Manasserian Llp |
| | 650 Sierra Madre Villa Ave., Suite 304 |
| 5 | Pasadena, CA 91107 |
| | (Creditor) |
| 6 | |
| | Franchise Tax Board |
| 7 | Po Box 2952 |
| | Sacramento, CA 958122952 |
| 8 | (Creditor) |
| 9 | |
| | United States Treasury |
| 10 | Po Box 7346 |
| | Philadelphia, PA 191017346 |
| 11 | (Creditor) |
| 12 | Pacific Credit Services |
| | Po Box 150 |
| 13 | 460 Union Avenue, Ste. C |
| | Fairfield, CA 94533 |
| 14 | (Creditor) |
| 15 | |
| | Pnc Mortgage |
| 16 | 3232 Newmark Dr |
| | Miamisburg, OH 45342 |
| 17 | (Creditor) |
| 18 | The Bloom Firm |
| | 26565 Agoura Rd. #202 |
| 19 | Calabasas, CA 91302 |
| | (Creditor) |
| 20 | |
| | Capital One Bank C/O American Infosource |
| 21 | Po Box 71083 |
| | Charlotte, NC 282721083 |
| 22 | (Creditor) |
| 23 | |
| | Micha Star Liberty |
| 24 | 825 Calmar Ave |
| | Oakland, CA 94610 |
| 25 | (Creditor) |
| 26 | |
| 27 | |
| 28 | |