Entered on Docket
June 4, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SARAH L. LITTLE, ESQ. (Bar No. 215635)
   **KORNFIELD, NYBERG, BENDES,**
2  **KUHNER & LITTLE, P.C.**
   1970 Broadway, Suite 600
3  Oakland, California 94612
   Telephone: (510) 763-1000
4  Facsimile: (510) 273-8669
   Email: sarah@kornfieldlaw.com

The following constitutes the order of the Court.
Signed: June 3, 2024

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br><br><br>Debtor. | Case No. 24-40401 WJL<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO EXTEND STAY TO NON-DEBTOR DEFENDANTS TO LITIGATION** |

The Court having considered the Stipulation to Continue Hearing on Motion to Extend Stay to Non-Debtor Defendants to Litigation [Docket No. 44] between debtor Micha Star Liberty ("Debtor") and Lisa Bloom and The Bloom Firm ("Creditors" or "Bloom") ("Stipulation"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Stipulation entered into between the Debtor and Creditors is hereby approved.

***END OF ORDER***

COURT SERVICE LIST

All registered ECF participants.