SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br>Debtor. | Case No. 24-40401 WJL<br><br>Chapter 13<br><br>**STIPULATION TO EXTEND DEADLINES UNDER 11 U.S.C. SECTIONS 523(a)(2) OR (a)(4) OR 1328(f)** |

Micha Liberty, Debtor, and Michael Tenenbaum ("Creditor"), by and through their respective counsel, hereby stipulate as follows:

1. On March 22, 2024 the Debtor filed this Chapter 13 bankruptcy.

2. The deadline to file a complaint to challenge dischargeability under 11 U.S.C. §§ 1328(f) or 523(a)(2) or (a)(4) is July 1, 2024

3. Creditor has been diligent in investigating his claim but requires additional time to do so before filing such a complaint.

4. The parties stipulate that Creditor's deadline shall be extended by 30 days to July 31, 2024.

| | |
|---|---|
| Dated: July 1, 2024 | KORNFIELD, NYBERG, BENDES, KUHNER, LITTLE P.C. |
| | |
| | By:/s/ SARAH LAMPI LITTLE |
| | (Bar No. 215635) |
| | Attorneys for Debtor |
| Dated: July 1, 2024 | By: |
| | Michael Tenenbaum |