Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.
Signed: August 19, 2024**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br><br><br>debtor(s) | Chapter 13 Case No. 24-40401-WJL13<br><br>Hearing: 08/15/2024<br>Time: 1:30 p.m.<br>Courtroom: 1300 Clay Street, Oakland, CA Courtroom 220 |

**ORDER SUSTAINING THE CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

A hearing was held regarding Confirmation of the Chapter 13 Plan, the Honorable William J. Lafferty presiding. Appearances were stated on the record.

Good cause appearing and for the reasons stated on the record, IT IS ORDERED:

The Chapter 13 Trustee's Objection to Confirmation is sustained.

END OF ORDER

# COURT SERVICE LIST