CHERYL A. SKIGIN, #73472
LAW OFFICE OF CHERYL A. SKIGIN
8502 E CHAPMAN AVE #616
ORANGE, CA 92869
TELEPHONE: (714) 273-0210
FAX: (714) 242-2077
CASKIGIN@EARTHLINK.NET

ATTORNEY FOR MOVANT
BMW BANK OF NORTH AMERICA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

In Re:

Micha Star Liberty

Debtor.
_____/

Case No 24-40401 WJL
(Chapter 13 Proceeding)

**AMENDED NOTICE OF HEARING ON BMW BANK OF NORTH AMERICA'S MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 2024 BMW X1 M35i Sports Activity VIN: WBX13EF09R5Y28597**

Date: September 11, 2024
Time: 9:30 A.M.
Location: 1300 Clay Street, Courtroom 220, Oakland CA 94612.
Judge: William J. Lafferty

**TO ALL PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** to the Debtor, Micha Star Liberty, the Trustee, their attorneys (if any), and other interested parties that on September 11, 2024 , at 9:30 A.M. at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220 Oakland CA 94612 , the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the Honorable William J. Lafferty, United States Bankruptcy Judge." Movant in the above-captioned matter will move this court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion.

**PLEASE TAKE NOTICE THAT HEARING WILL BE CONDUCTED IN THE PRESIDING JUDGE'S COURTROOM IN PERSON OR BY ZOOM. IN THE EVENT ALL PARTIES DO NOT APPEAR, EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS MOTION FOR RELIEF FROM AUTOMATIC STAY AS REQUESTED BY THESE MOTION PAPERS, THIS MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE GRANTED BY DEFAULT AND WITHOUT FURTHER PROCEEDING, MOVANT MAY BE AUTHORIZED TO ENFORCE ITS RIGHTS AND REMEDIES UNDER THE PARTIES' CONTRACTUAL AGREEMENT AND THE LAWS OF THE STATE OF CALIFORNIA.**

**ALL INTERESTED PARTIES MAY ATTEND THE HEARING IN PERSON OR BY ZOOM. ADDITIONAL INFORMATION IS AVAILABLE ON JUDGE WILLIAM J. LAFFERTY'S PROCEDURES PAGE ON THE COURT'S WEBSITE, AND INFORMATION ON ATTENDING THE HEARING BY ZOOM WEBINAR WILL BE PROVIDED ON JUDGE WILLIAM J. LAFFERTY'S CALENDAR ON THE COURT WEBSITE.**

**"ALL INTERESTED PARTIES SHOULD CONSULT THE BANKRUPTCY COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV FOR INFORMATION ABOUT COURT OPERATIONS DURING THE COVID-19 PANDEMIC. THE BANKRUPTCY COURT'S WEBSITE PROVIDES INFORMATION REGARDING HOW TO ARRANGE A TELEPHONIC OR VIDEO APPEARANCE. IF YOU HAVE ANY QUESTIONS REGARDING HOW TO APPEAR AT A COURT HEARING, YOU MAY CONTACT THE BANKRUPTCY COURT BY CALLING 888-821-7606 OR BY USING THE LIVE CHAT FEATURE ON THE BANKRUPTCY COURT'S WEBSITE."**

Dated: August 28, 2024

Law Office of Cheryl A. Skigin

   */s/ Cheryl A. Skigin*
Attorney for Movant,
BMW Bank of North America