SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: sarah@kornfieldlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Micha Star Liberty<br><br>Debtor. | Case No. 24-40401 WJL<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE HEARINGS ON MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE WITH PREJUDICE AND MOTION FOR SANCTIONS**<br><br>Date: September 12, 2024<br>Time: 1:30 p.m.<br>Ctrm: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street, 2nd Fl.<br>Oakland, California |

Micha Liberty, Debtor, and Lisa Bloom and The Bloom Firm ("Creditors" or "Bloom"), by and through their respective counsel, hereby stipulate as follows:

1. On August 1, 2024 The Bloom Firm filed a Motion for Order Dismissing Debtor's Chapter 13 Case with Prejudice [Docket 67] and a Motion for Sanctions [Docket 69], both of which are schedule for hearing on September 12, 2024 at 1:30 p.m.

2. The parties have reached a settlement which contemplates dismissal of all pending matters between the parties, including this bankruptcy case upon payment of the settlement amount, which should occur within 10 days of August 27th.

3. The parties stipulate that the hearings scheduled for September 12, 2024 at 1:30 p.m. shall be continued to October 10, 2024 1:30 p.m. and that any opposition thereto shall be filed 14 days prior to October 10, 2024.

Dated: August 29, 2024	KORNFIELD, NYBERG, BENDES, KUHNER, LITTLE P.C.


By: /s/ SARAH LAMPI LITTLE
(Bar No. 215635)
Attorneys for Debtor

Dated: August 28, 2024	CHORA YOUNG AND MANASSERIAN LLP


By: /s/ Kevin Ronk
Kevin Ronk
Attorneys for Creditor