In re **Micha Star Liberty**  Case No. **24-40401**
Debtor(s)  Chapter **13**

# DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

The debtor, **Micha Star Liberty**, through [his/her] attorney, moves to dismiss [his/her] Chapter 13 case pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

1. The debtor filed a Chapter 13 case on **March 22, 2024**.

2. This case has not been previously converted from another Chapter.

3. The debtor wishes to dismiss [his/her] case, and Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

WHEREFORE, the debtor respectfully requests that the Court enter an Order dismissing the debtor's Chapter 13 case.

Dated: **9/16/2024**

Respectfully submitted,

By: **/s/ Sarah Little**
**Sarah Little 215635**

Attorney for Debtor
**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600
Oakland, CA 94612
510-763-1000**