**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (SBN 257571)
Joseph Chora (SBN 284700)
Kevin Ronk (SBN 241598)
650 Sierra Madre Villa Avenue, Suite 304
Pasadena, California 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: paul@cym.law

Attorneys for Creditor
The Bloom Firm, a Professional Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DIVISION OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 24-40401 WJL III |
| MICHA STAR LIBERTY, | [Chapter 13] |
| Defendant(s). | **NOTICE OF NON-OPPOSITION TO DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE** |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that creditor The Bloom Firm, A Professional Corporation (hereinafter "Bloom"), in the above-entitled bankruptcy case, does not oppose the granting of *Debtor's Motion to Dismiss Chapter 13 Case* [Dkt. 79] filed by debtor, Micha Star Liberty on 9/16/2024.[1]

Dated: September 17, 2024           Respectfully submitted,

**CHORA YOUNG & MANASSERIAN LLP**

By:   /s/ Kevin Ronk
      Paul P. Young, Esq., CFE
      Kevin Ronk
      Attorneys for creditor The Bloom
      Firm, A Professional Corporation

---

[1] On August 1, 2024, Bloom filed a motion to dismiss the Debtor's bankruptcy case (the "Dismissal Motion") [Dkt. 67] and a motion for sanctions against the Debtor (the "Sanctions Motion")[Dkt. 69]. These motions are currently set for hearing on October 10, 2024. The Bloom and Debtor stipulated to extend the deadline for Debtor to file oppositions to the motions. As of the date of this Notice, Debtor has not filed oppositions to the motions. Concurrently with this Notice of Non-Opposition, Bloom is filing notices of withdrawal of Dismissal Motion and the Sanctions Motion.

# CERTIFICATE OF SERVICE

I am at least 18 years of age and not a party to the action; my business address is: 650 Sierra Madre Villa Ave., Suite 304, Pasadena, CA 91107.

On September 17, 2024, I served the interested parties with the document described as follows: **NOTICE OF NON-OPPOSITION TO DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

1. BY NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and identified below:

- **Jenelle C. Arnold on behalf of Creditor PNC Bank, N.A.:** ecfcanb@aldridgepite.com, jarnold@ecf.inforuptcy.com
- **Martha G. Bronitsky:** 13trustee@oak13.com
- **Sarah Lampi Little on behalf of Debtor Micha Star Liberty**: sarah@kornfieldlaw.com
- **Office of the U.S. Trustee/Oak:** USTPRegion17.OA.ECF@usdoj.gov
- **Jennifer C. Wong on behalf of Creditor CitiMortgage, Inc.:** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Paul Young on behalf of Creditor The Bloom Firm, a Professional Corporation:** paul@cym.law, jaclyn@cym.law
- **Kevin Ronk on behalf of Creditor The Bloom Firm, a Professional Corporation:** Kevin@portilloronk.com, ronk.kc@gmail.com
- **Nikko S. Stevens on behalf of Creditor The Bloom Firm, a Professional Corporation:** nikko@cym.law
- **Cheryl Skigin on behalf of Creditor BMW Bank of North America:** caskigin@earthlink.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2024 at Pasadena, California.

      */s/ Jaclyn Poon*
      Jaclyn Poon

2
CERTIFICATE OF SERVICE

Case: 24-40401    Doc# 82    Filed: 09/17/24    Entered: 09/17/24 19:17:06    Page 3 of 3