# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 11/6/2024
Case: 24–40401     Form ID: pdfntcal     Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     PNC Bank, N.A.
cr     The Bloom Firm, a Professional Corporation

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Martha G. Bronitsky     13trustee@oak13.com
aty     Cheryl Skigin     caskigin@earthlink.net
aty     Jenelle C. Arnold     ecfcanb@aldridgepite.com
aty     Jennifer C. Wong     bknotice@mccarthyholthus.com
aty     Kevin Ronk     Kevin@portilloronk.com
aty     Nikko Salvatore Stevens     nikko@cym.law
aty     Paul Young     paul@cym.law
aty     Sarah Lampi Little     sarah@kornfieldlaw.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Micha Star Liberty     825 Calmar Ave.     Oakland, CA 94610
cr     BMW Financial Services NA, LLC     c/o AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
cr     BMW Bank of North America     c/o AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
cr     CitiMortgage, Inc.     c/o McCarthy & Holthus, LLP     2763 Camino Del Rio South, Suite 100     San Diego, CA 92108
cr     BMW Bank of North America     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
smg     Labor Commissioner     1515 Clay St.     Room 801     Oakland, CA 94612
smg     State Board of Equalization     Collection Dept.     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952
15628089     BMW Bank of North America     4515 N. Santa Fe Ave. Dept. APS     Oklahoma City OK 73118
15617988     BMW Financial Services Attn: Customer Accounting     4515 N. Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
15603950     Bmw Financial Services     Attn: Bankruptcy/Correspondence     Po Box 3608     Dublin, OH 43016
15612286     Capital One N.A.     by American InfoSource as agent     4515 N Santa Fe Ave     Oklahoma City, OK 73118
15603951     Central Loan Admin & R     Po Box 77404     Ewing, NJ 08628
15603952     Chora Young & Manasserian LLP     650 Sierra Madre Villa Ave., Suite 304     Pasadena, CA 91107
15618802     CitiMortgage, Inc.     c/o Cenlar FSB     Attn: BK Department     425 Phillips Blvd.     Ewing, NJ 08618
15603953     Franchise Tax Board     Bankruptcy Section MS A340     P.O. Box 2952     Sacramento, CA 95827–2952
15603954     Internal Revenue Service     Special Procedures Branch     P.O. Box 7346     Philadelphia, PA 19101–7346
15628858     Michael Tenenbaum, Esq.     1431 Ocean Ave., Ste. 900     Santa Monica, CA 90401–2144
15618397     PNC Bank, NA.     3232 Newmark Drive     Miamisburg, OH 45342
15603955     Pacific Credit Services     Po Box 150     460 Union Avenue, Ste. C     Fairfield, CA 94533
15603956     Pnc Mortgage     Attn: Bankruptcy     8177 Washington Church Rd,     Dayton, OH 45458
15603957     The Bloom Firm     26565 Agoura Rd. #202     Calabasas, CA 91302
15627871     The Bloom Firm, a Professional Corporation     c/o Chora Young & Manasserian LLP     650 Sierra Madre Villa Ave., Suite 304     Pasadena, CA 91107

TOTAL: 24